**Opinion issued November 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00909-CV

———————————

## IN RE SANDRA E. DEAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Sandra E. Dean has filed a petition for writ of mandamus seeking to vacate the county court's August 26, 2025 order.[1]

---

[1] The underlying case is *In the Interest of E.M.D., a Child*, cause number 24FD1381, pending in the County Court at Law No. 1 of Galveston County, Texas, the Honorable John Grady presiding.

We deny mandamus relief. *See* Tex. R. App. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.